UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 15046
  DEVONNE E GRAY

                                       CHAPTER 13

                                       JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-3161

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/16/2006 and was confirmed 02/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.10%.

    The case was converted to chapter 7 after confirmation 02/13/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO PARKING | UNSECURED | 250.00 | .00 | 16.34 |
| ASSET ACCEPTANCE LLC | UNSECURED | 835.25 | .00 | 54.57 |
| GMAC | SECURED VEHIC | 1593.80 | 148.69 | 1593.80 |
| GMAC | UNSECURED | 10818.79 | .00 | 706.80 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY CHICAGO DEPT OR REV | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 25572.30 | .00 | 1670.66 |
| ECAST SETTLEMENT CORP | UNSECURED | 61.00 | .00 | .00 |
| BERNICE GRAY | NOTICE ONLY | NOT FILED | .00 | .00 |
| GWENDOLYN GRAY | NOTICE ONLY | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 2,509.20 | | 2,509.20 |
| TOM VAUGHN | TRUSTEE | | | 460.95 |
| DEBTOR REFUND | REFUND | | | 535.01 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,696.02 | |
| PRIORITY | | .00 |
| SECURED | | 1,593.80 |
|   INTEREST | | 148.69 |
| UNSECURED | | 2,448.37 |
| ADMINISTRATIVE | | 2,509.20 |
| TRUSTEE COMPENSATION | | 460.95 |
| DEBTOR REFUND | | 535.01 |
| TOTALS | 7,696.02 | 7,696.02 |

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 15046 DEVONNE E GRAY

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE